

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF G.N., A CHILD, | § | No. 08-16-00077-CV |
| | § | |
| Appellant. | § | Appeal from the |
| | § | |
| | | 65th Judicial District Court |
| | § | |
| | | of El Paso County, Texas |
| | § | |
| | | (TC# 2014DCM1769) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's first motion for extension of time to file the brief until **July 12, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Felix Valenzuela, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before July 12, 2016.

IT IS SO ORDERED this 21st day of June, 2016.


PER CURIAM


Before McClure, C.J., Rodriguez and Hughes, JJ.